07-CV-00519-CNST

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| CRAIG S. COLEMAN, | ) | CASE NO. C07-0519-JCC |
| Plaintiff, | ) | |
| v. | ) | ORDER DISMISSING CASE |
| CITY OF SEATTLE, et al., | ) | |
| Defendants. | ) | |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The complaint and this § 1983 action are DISMISSED for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. §§ 1915(e)(2)(B)(ii); 1915A(b)(1).

(3) This dismissal shall count as a dismissal under 28 U.S.C. § 1915(g); and

///

ORDER DISMISSING CASE
PAGE -1

(4)   The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

DATED this 30 day of May, 2007.

/s/ John C. Coughenour
JOHN C. COUGHENOUR
United States District Judge